UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Danny Ray Liles,

          Petitioner,

vs.                           ORDER ADOPTING THE REPORT
                                     AND RECOMMENDATION

District of Minnesota,

          Respondent.               Civ. No. 11-683 (DSD/LIB)

* * * * * * * * * * * * * * * * *

Based upon the Findings and Recommendation of the United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED** that:

1. Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241, (Docket No. 1), should be construed to be a motion to vacate his conviction and sentence pursuant to 28 U.S.C. § 2255; and

2. The Clerk of Court should be directed to transfer this action to the United States District Court for the Southern District of Iowa pursuant to 28 U.S.C. §§ 1406(a) and 1631.

Dated: April 19, 2011

                                                      s/David S. Doty
                                                      DAVID S. DOTY, Judge
                                                      United States District Court